**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**Christopher Dowling**

        Plaintiff,

    -against-

**City of New York, et al**
        Defendant.
-------------------------------------------------------X

**CASE MANAGEMENT PLAN**
13-CV-07236(ENV)(RER)

      Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __May 2, 2014__.

3. No amendment of the pleadings will be permitted after __May 2, 2014__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __March 26, 2014__

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before __N/A__.

    (b)    rebuttal expert witnesses on or before __N/A__.

6. All discovery, including depositions of experts, shall be completed on or before __September 25, 2014__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?
**(Answer no if any party declines to consent without indicating which party has declined.)**
Yes____ No __X__

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for  5/28/14 @ 3:00 pm , to be initiated by Plaintiff or Defendant  (Circle one).
   *(The Court will schedule the conference listed above.)

10. Status Conference will be held on  7/30/14 @ 10:30 a
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on  10/1/14 @ 10:30 a
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**
3/26/14

CONSENTED TO:

RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

_____
NAME
Attorney for Plaintiff
ADDRESS  305 Broadway, 14th Floor
E-mail: bfett@hwandf.com
Tel.: (212) 323-6880
Fax:  (212) 323-6881

_____
NAME
Attorney for Defendant
ADDRESS
E-mail:
Tel.:
Fax: